**Dismissed and Opinion Filed June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00152-CV

**LINDA HART, Appellant**

**V.**

**AHEAD OF THE REST PLUMBING, PERMA PIER, CENTURY 21,
JUDGE FITE CENTURY 21, FIESTA BRAND, MICHAEL WALKER, MCDONALDS,
WHULZ WOMAN CLINIC, DREW APPLINE, BONNIE AND CLYDE, THE MUSICAL,
KENT STATE, GIL GILGER, JOSEPH CAMPAGNE, PATTY GUINN (A/K/A HART,
NANCY DIANNE VALENTINE), PAMELA DEAN HART, LARRY C. HART,
UNNAMED TOM, TOM PHAM'S BROTHER A/K/A HUTCHISON, JACOB BENSON,
RICK EVANS, GINA EVANS, SAM DEALEY, MOSIAH SHRINE,
CHARLENE BURKE, LINDA A. REED, JACQUE AUBRY'S DAUGHTER,
DATELINE, WFAA, AND HOSPICE OF PA, Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-12160**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant has been declared incompetent and an attorney ad litem has been appointed to represent her. In a letter dated June 1, 2015, the Court requested the attorney ad litem to file, by June 12, 2015, either an appearance on appellant's behalf or a motion to dismiss. We cautioned the attorney ad litem that if the Court did not receive a response by the specified date, the Court would assume the attorney ad litem did not intend to pursue the appeal and the Court would dismiss the appeal without further notice.

As of today's date, the Court has not received a response from the attorney ad litem. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

150152F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LINDA HART, Appellant

No. 05-15-00152-CV     V.

AHEAD OF THE REST PLUMBING, PERMA PIER, CENTURY 21, JUDGE FITE CENTURY 21, FIESTA BRAND, MICHAEL WALKER, MCDONALDS, WHULZ WOMAN CLINIC, DREW APPLINE, BONNIE AND CLYDE, THE MUSICAL, KENT STATE, GIL GILGER, JOSEPH CAMPAGNE, PATTY GUINN (A/K/A HART, NANCY DIANNE VALENTINE), PAMELA DEAN HART, LARRY C. HART, UNNAMED TOM, TOM PHAM'S BROTHER, A/K/A HUTCHISON, JACOB BENSON, RICK EVANS, GINA EVANS, SAM DEALEY, MOSIAH SHRINE, CHARLENE BURKE, LINDA A. REED, JACQUE AUBRY'S DAUGHTER, DATELINE, WFAA, AND HOSPICE OF PA, Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-14-12160.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees AHEAD OF THE REST PLUMBING, PERMA PIER, CENTURY 21, JUDGE FITE CENTURY 21, FIESTA BRAND, MICHAEL WALKER, MCDONALDS, WHULZ WOMAN CLINIC, DREW APPLINE, BONNIE AND CLYDE, THE MUSICAL, KENT STATE, GIL GILGER, JOSEPH CAMPAGNE, PATTY GUINN (A/K/A HART, NANCY DIANNE VALENTINE), PAMELA DEAN HART, LARRY C. HART, UNNAMED TOM, TOM PHAM'S BROTHER, A/K/A HUTCHISON, JACOB BENSON, RICK EVANS, GINA EVANS, SAM DEALEY, MOSIAH SHRINE, CHARLENE BURKE, LINDA A. REED, JACQUE AUBRY'S DAUGHTER, DATELINE, WFAA, AND HOSPICE OF PA recover their costs of this appeal from appellant LINDA HART.

Judgment entered June 24, 2015.